**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 24-18574-MAM |
| | CHAPTER 11 |
| STAR WELLINGTON, LLC | SubChapter V |
| Debtor. | |

_____/

## NOTICE OF SUBSTANTIAL CONSUMMATION OF PLAN

Debtor, STAR WELLINGTON, LLC, by and through undersigned counsel hereby files its Notice of Substantial Consummation of the Third Amended Subchapter V Plan of Reorganization [D.E. #191] filed on April 23, 2025, and states that the requisite payments have been made pursuant to the Order Confirming the Debtor's Third Amended Subchapter V Plan of Reorganization [D.E. #215].

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that a true and correct copy of the foregoing has been furnished via ECF to parties registered in this case to receive service and via CM/ECF or U.S. Mail to the parties listed below this 8th day of July 2025.

**KELLEY, KAPLAN & ELLER, PLLC**
Attorney for Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax:(561) 684-3773
bankruptcy@kelleylawoffice.com

By: __/s/ Craig I. Kelley_____
Craig I. Kelley, Esquire
Fla. Bar No. 782203

**Mailing Information for Case 24-18574-MAM**
**Electronic Mail Notice List**
- **G Steven Fender**   steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Soneet Kapila**   trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Michael A Kaufman**   eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com
- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Martin P Ochs**   martin.p.ochs@usdoj.gov
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Raychelle A Tasher**   Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov
- **Howard S Toland**   htoland@mitrani.com

**Manual Notice List**

    **Mark Quinn**
    636 US Highway 1, Suite 103
    North Palm Beach, FL 33408

    **Rajesh Tuli**
    390 NE 191st St., Ste 8269
    Miami, FL 33179

    **Star Wellington, LLC**
    390 NE 191st St., Ste. 8269
    Miami, FL 33179